# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BENJAMIN ALEXANDER, et al.,

     VS                                      CASE NO.  4:18-cv-569-RH-MJF

JUSTIN SENIOR and JEFFREY
BRAGG

## JUDGMENT

Based on Federal Rules of Civil Procedure 41(a)(1) and 54(b), the claims of the

plaintiffs Raimundo Leal and Celia Lopez are dismissed without prejudice.


JESSICA J. LYUBLANOVITS
CLERK OF COURT


March 20, 2019               s/ Chip Epperson
DATE                       Deputy Clerk: Chip Epperson