# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BENJAMIN ALEXANDER, et al.

    VS                                                CASE NO.  4:18-cv-569-RH-MJF

MARY M AYHEW, et al.

## JUDGMENT

The parties to the settlement agreement are ordered to comply with it. All claims in this case among all parties are voluntarily dismissed. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

 

JESSICA J. LYUBLANOVITS
CLERK OF COURT

 May 13, 2020                      s/ Chip Epperson
DATE                                  Deputy Clerk: Chip Epperson